PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $214,842.60 SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NUMBER 623081319, AND<br><br>2021 CHEVROLET SILVERADO 1500 CUSTOM TRUCK, VIN: 1GCRWBEK4MZ163537, LICENSE NUMBER 26288D3,<br><br>        Defendants. | 2:22-MC-00130-MCE-DB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Devlin

Hosner ("claimant"), by and through their respective counsel, as follows:

1.    On or about January 12, 2022, claimant filed a claim in the administrative forfeiture

proceeding with the Internal Revenue Service-Criminal Investigation ("IRS-CI") with respect to the

above-referenced defendant assets (hereafter collectively "defendant assets"), which were seized on

October 23, 2021 and November 8, 2021.

2.    The IRS-CI has sent the written notice of intent to forfeit required by 18 U.S.C. §

983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the

defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim

1

1    to the defendant assets as required by law in the administrative forfeiture proceeding.

2        3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

3    forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are

4    subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture

5    proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.

6    That deadline is April 12, 2022.

7        4.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June

8    10, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the

9    defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

10       5.    Accordingly, the parties agree that the deadline by which the United States shall be

11   required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment

12   alleging that the defendant assets are subject to forfeiture shall be extended to June 10, 2022.

13

14   Dated: 4/8/2022                          PHILLIP A. TALBERT
                                              United States Attorney
15
                                      By:     /s/ Kevin C. Khasigian
16                                            KEVIN C. KHASIGIAN
                                              Assistant U.S. Attorney
17

18   Dated: 4/11/2022                         /s/ David Greenberg
                                              David Greenberg
19                                            Attorney for potential claimant
                                              Devlin Hosner
20                                            74361 Highway 111, Suite 10
                                              Palm Desert, CA 92260
21                                            (Signature retained by attorney)

22       IT IS SO ORDERED.

23   Dated:  April 15, 2022

24                                            _____

25                                            MORRISON C. ENGLAND, JR.
                                              SENIOR UNITED STATES DISTRICT JUDGE
26

27

28

                                              2