PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-MC-00130-MCE-DB |
| Plaintiff, | |
| v. | NOTICE OF ELECTION |
| APPROXIMATELY $214,842.60 SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NUMBER 623081319, AND | |
| 2021 CHEVROLET SILVERADO 1500 CUSTOM TRUCK, VIN: 1GCRWBEK4MZ163537, LICENSE NUMBER 26288D3, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the United States elected to include the above-captioned defendant assets in criminal cases *United States v. Devlin Hosner, et al.*, 2:22-CR-00100-JAM. Accordingly, this miscellaneous case may be closed.

Dated: 5/13/2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

1

Notice of Election